# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| Teal Petals St Trust,<br><br>  Plaintiff,<br><br> v.<br><br>NewRez LLC fka New Penn Financial dba Shellpoint Mortgage Servicing,<br><br>  Defendants.<br><br>And all related counterclaims. | Case No. 2:22-cv-00395-JAD-DJA<br><br>**Order** |

Before the Court is a stipulation to stay discovery deadlines pending the outcome of a chapter 11 bankruptcy. (ECF No. 18). Considering the governing standards and the current automatic bankruptcy stay (ECF No. 17), the Court finds that a stay of discovery is appropriate in this case. *See Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013) (discussing a stay of discovery pending a dispositive motion and explaining that, absent extraordinary circumstances, litigation should not be delayed simply because a non-frivolous motion has been filed). Here, extraordinary circumstances are present. The parties do not seek to stay discovery pending a dispositive motion but seek to stay discovery deadlines pending the current automatic stay. A stay would thus accomplish the objectives of Rule 1: a *just*, speedy, and inexpensive determination of the action. *See* Fed. R. Civ. P. 1.

**IT IS THEREFORE ORDERED** that the stipulation to stay discovery (ECF No. 18) is **granted.**

DATED: August 31, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE