ARIEL STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:    (702) 634-5000
Facsimile:    (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: paige.magaster@akerman.com

*Attorneys for NewRez LLC f/k/a New Penn Financial d/b/a Shellpoint Mortgage Servicing*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TEAL PETALS ST TRUST,<br><br>          Plaintiff,<br>vs.<br><br>NEWREZ LLC f/k/a NEW PENN FINANCIAL d/b/a SHELLPOINT MORTGAGE SERVICING; a foreign limited liability company; and DOE individuals I through XX; and ROE CORPORATIONS I through XX,<br><br>          Defendants. | Case No.: 2:22-cv-00395-JAD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO AMEND PLEADINGS OR ADD PARTIES**<br><br>**(SECOND REQUEST)** |
| NEWREZ LLC f/k/a NEW PENN FINANCIAL d/b/a SHELLPOINT MORTGAGE SERVICING,<br><br>          Counter-claimant,<br>vs.<br><br>TEAL PETALS ST TRUST; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>          Counter-defendants. | |

1

70741198;1

Teal Petals St Trust (**the Trust**) and NewRez LLC f/k/a New Penn Financial d/b/a Shellpoint Mortgage Servicing (**Shellpoint**) stipulate to extend the deadline to amend pleadings or add parties for two (2) weeks from June 2, 2023, to **June 16, 2023**.

The parties previously agreed to stay discovery deadlines pending the outcome of a chapter 11 bankruptcy. [ECF No. 18.]  The court approved the parties' stipulation and ordered discovery stayed. [ECF No. 19.]  The automatic stay in the chapter 11 bankruptcy was subsequently annulled and the bankruptcy matter is now closed.  [*See* ECF No. 22.]  The court extended discovery deadlines upon lifting the discovery stay in this case.  [ECF No. 23.]

Good cause exists pursuant to LR 26-3 for a second extension of the deadline to amend pleadings or add parties.  Foreclosure pursuant recently occurred on May 17, 2023.  Saticoy Bay LLC Series 9863 Dublin Valley St made the winning bid at the foreclosure sale.  Shellpoint extended a settlement offer prior to foreclosure.  The Trust did not accept Shellpoint's offer.  Shellpoint revisited settlement negotiations post-foreclosure, but the parties are unable to resolve this matter through settlement at this time.  Shellpoint wishes to amend its counterclaims to include allegations regarding the bankruptcy action that resulted in a discovery stay in this case as well as the recent deed of trust foreclosure sale.  The parties are currently discussing the Trust's possible stipulation to amendment pending review of the proposed amended counterclaims.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2

70741198;1

The parties jointly request an extension of the deadline to amend the pleadings by two weeks so that they may either stipulate to the contemplated amendment or Shellpoint may move the court for leave to amend. The parties' extension request being made less than twenty-one days prior to the expiration of the amendment deadline is the result of excusable neglect because the foreclosure sale did not occur until May 17, 2023, and the parties only recently determined this matter cannot be resolved through settlement at this time.

DATED this 2nd day of June, 2023.

| **Akerman LLP** | **Law Offices of Roger P. Croteau** |
|---|---|
| /s/ Paige L. Magaster | /s/ Christopher L. Benner |
| ARIEL STERN, ESQ. | ROGER P. CROTEAU, ESQ. |
| Nevada Bar No. 8276 | Nevada Bar No. 4958 |
| NATALIE L. WINSLOW, ESQ. | CHRISTOPHER L. BENNER, ESQ. |
| Nevada Bar No. 12125 | Nevada Bar No. 8963 |
| PAIGE L. MAGASTER, ESQ. | 2810 W. Charleston Boulevard, Suite 75 |
| Nevada Bar No. 15557 | Las Vegas, NV 89102 |
| 1635 Village Center Circle, Suite 200 | |
| Las Vegas, NV 89134 | *Attorney for Teal Petals St Trust* |
| *Attorneys for NewRez LLC f/k/a New Penn Financial d/b/a Shellpoint Mortgage Servicing* | |

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: June 5, 2023

70741198;1