ARIEL STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:    (702) 634-5000
Facsimile:    (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: paige.magaster@akerman.com

*Attorneys for NewRez LLC f/k/a New Penn Financial d/b/a Shellpoint Mortgage Servicing*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TEAL PETALS ST TRUST,<br><br>                    Plaintiff,<br><br>vs.<br><br>NEWREZ LLC f/k/a NEW PENN FINANCIAL d/b/a SHELLPOINT MORTGAGE SERVICING; a foreign limited liability company; and DOE individuals I through XX; and ROE CORPORATIONS I through XX,<br><br>                    Defendants. | Case No.: 2:22-cv-00395-JAD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO AMEND PLEADINGS OR ADD PARTIES**<br><br>**(FOURTH REQUEST)** |
| NEWREZ LLC f/k/a NEW PENN FINANCIAL d/b/a SHELLPOINT MORTGAGE SERVICING,<br><br>                    Counter-claimant,<br><br>vs.<br><br>TEAL PETALS ST TRUST; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>                    Counter-defendants. | |

1

71322373;1

Teal Petals St Trust (**the Trust**) and NewRez LLC f/k/a New Penn Financial d/b/a Shellpoint Mortgage Servicing (**Shellpoint**) stipulate to extend the deadline to amend pleadings or add parties for two (2) weeks from July 7, 2023, to **July 21, 2023**.

The parties previously agreed to stay discovery deadlines pending the outcome of a chapter 11 bankruptcy initiated in the U.S. Bankruptcy Court, District of Nevada, *In re 9863 Dublin Valley, LLC*, Case No. 22-12180-mkn. [ECF No. 18.] The court approved the parties' stipulation and ordered discovery stayed. [ECF No. 19.] The automatic stay in the chapter 11 bankruptcy was subsequently annulled and the bankruptcy matter is now closed. [*See* ECF No. 22.] The court extended discovery deadlines upon lifting the discovery stay in this case. [ECF No. 23.] The parties subsequently stipulated to, and the court approved, an extension of the deadline to amend pleadings or add parties by two weeks. [ECF No. 24.]

Shellpoint recently received a letter dated May 9, 2023, wherein the Trust seeks loan information from Shellpoint as the property's "current titled owner." Testimony and filings in the bankruptcy matter indicate 9863 Dublin Valley, LLC acquired title to the property in July 2022. On May 17, 2023, Saticoy Bay LLC Series 9863 Dublin Valley St made the winning bid at the deed of trust foreclosure sale. Shellpoint, through its counsel, responded to the Trust's letter on June 12, 2023.

Good cause exists pursuant to LR 26-3 to extend the deadline to amend pleadings or add parties. Shellpoint's counsel appeared in trial in *Carrington Mortgage Services, LLC v. Silverado Place Homeowners' Association et al.*, Case No. 2:17-cv-01311-RFB-BNW commencing June 28, 2023. One of the attorneys for Shellpoint was out of the office following the trial and for the Independence Day holiday. A family emergency arose for the other handling attorney that, coupled with several other pre-existing deadlines, interfered with counsel's ability to complete and circulate the proposed amended answer and counterclaims. Shellpoint's counsel provided the draft pending client review to the Trust's counsel on July 4, 2023. Filings in this matter on Shellpoint's behalf are subject to multiple levels of review. The parties are hopeful that a stipulation will be reached as to amendment, but seek sufficient time for Shellpoint to file a motion as necessary.

/ / /

71322373;1

The parties therefore request an extension of two weeks. Excusable neglect exists for the reasons set forth in the prior stipulation [ECF No. 24] and above.

DATED this 5th day of July, 2023.

| AKERMAN LLP | Law Offices of Roger P. Croteau |
|---|---|
| /s/ Paige L. Magaster | /s/ Christopher L. Benner |
| ARIEL STERN, ESQ.<br>Nevada Bar No. 8276<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>PAIGE L. MAGASTER, ESQ.<br>Nevada Bar No. 15557<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for NewRez LLC f/k/a New Penn Financial d/b/a Shellpoint Mortgage Servicing* | ROGER P. CROTEAU, ESQ.<br>Nevada Bar No. 4958<br>CHRISTOPHER L. BENNER, ESQ.<br>Nevada Bar No. 8963<br>2810 W. Charleston Boulevard, Suite 75<br>Las Vegas, NV 89102<br><br>*Attorney for Teal Petals St Trust* |

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**
Case No.: 2:22-cv-00395-JAD-DJA

DATED: July 6, 2023

3

71322373;1