ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
CHRISTOPHER L. BENNER, ESQ.
Nevada Bar No. 8963
ROGER P. CROTEAU & ASSOCIATES, LTD
2810 W. Charleston Blvd., Ste. 67
Las Vegas, Nevada 89102
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
chris@croteaulaw.com
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**FOR THE STATE OF NEVADA**

\*\*\*\*\*

| | |
|---|---|
| TEAL PETALS ST TRUST,<br><br>    Plaintiff,<br><br>vs.<br><br>NEWREZ, LLC F/K/A NEW PENN FINANCIAL D/B/A SHELLPOINT MORTGAGE SERVICING, a foreign limited liability company; and DOE individuals I through XX; and ROE CORPORATIONS I through XX,<br><br>    Defendants. | Case No. 2:22-cv-00395-JAD-DJA<br><br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE AN OPPOSITION TO NEWREZ LLC'S MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>**(First Request)**<br><br><br>[ECF No. 44] |
| NEWREZ, LLC F/K/A NEW PENN FINANCIAL D/B/A SHELLPOINT MORTGAGE SERVICING,<br><br>    Counterclaimant,<br><br>vs.<br><br>TEAL PETALS ST TRUST; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>    Counterdefendants. | |

Plaintiff/Counterdefendant Teal Petals St Trust, and Defendant/counterclaimant NewRez

*(left margin, vertical text)* ROGER P. CROTEAU & ASSOCIATES, LTD.
• 2810 West Charleston Blvd, Suite 67 • Las Vegas, Nevada 89102 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

1

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 2810 West Charleston Blvd, Suite 67 • Las Vegas, Nevada 89102 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

LLC f/k/a New Penn Financial d/b/a Shellpoint Mortgage Servicing ("NewRez") hereby stipulate and agree that the deadline to file any opposition to the Motion for Judgment on the Pleadings (ECF No. 40) shall be filed on or before November 20, 2023. Currently, the deadline to file the opposition is November 17, 2023. This is the parties first request. Teal Petals St Trust extended a settlement offer that remains under active consideration by NewRez. Furthermore, undersigned counsel for Teals Petals is facing a medical emergency with his spouse, requiring emergency medical care for pneumonia, with hospitalization being considered at the time of this extension request. As such, the parties have stipulated to extend the deadline to file to Monday, November 20, 2023. The parties submit this stipulation in good faith and not to cause undue delay.

Counsel for Teal Petals St Trust reserves the option to move this Court for a further extension should exigent circumstances require same.

DATED this 16th day of November, 2023.

**AKERMAN LLP**

/s/Paige L. Magaster
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134

Attorneys for NewRez LLC f/k/a New Penn
Financial d/b/a Shellpoint Mortgage
Servicing

**LAW OFFICES OF ROGER P. CROTEAU**

/s/Christopher L. Benner
ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
CHRISTOPHER L. BENNER, ESQ.
Nevada Bar No. 8963
2810 W. Charleston Boulevard, Suite 67
Las Vegas, NV 89102

Attorney for Teal Petals St Trust

**IT IS SO ORDERED.**

_____
**U.S. District Judge Jennifer A. Dorsey**

DATED: November 20, 2023

2