ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
CHRISTOPHER L. BENNER, ESQ.
Nevada Bar No. 8963
ROGER P. CROTEAU & ASSOCIATES, LTD
2810 W. Charleston Blvd., Ste. 67
Las Vegas, Nevada 89102
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
chris@croteaulaw.com
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**FOR THE STATE OF NEVADA**

*****

| | |
|---|---|
| TEAL PETALS ST TRUST,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NEWREZ, LLC F/K/A NEW PENN FINANCIAL D/B/A SHELLPOINT MORTGAGE SERVICING, a foreign limited liability company; and DOE individuals I through XX; and ROE CORPORATIONS I through XX,<br><br>　　　　　Defendants. | Case No. 2:22-cv-00395-JAD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE AN OPPOSITION TO NEWREZ LLC'S MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>**(Third Request)** |
| NEWREZ, LLC F/K/A NEW PENN FINANCIAL D/B/A SHELLPOINT MORTGAGE SERVICING,<br><br>　　　　　Counterclaimant,<br><br>vs.<br><br>TEAL PETALS ST TRUST; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>　　　　　Counterdefendants. | ECF No. 48 |

　　　　Plaintiff/Counterdefendant Teal Petals St Trust, and Defendant/counterclaimant NewRez

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 2810 West Charleston Blvd, Suite 67 • Las Vegas, Nevada 89102 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

LLC f/k/a New Penn Financial d/b/a Shellpoint Mortgage Servicing ("NewRez") hereby stipulate and agree that the deadline to file any opposition to the Motion for Judgment on the Pleadings (ECF No. 40) shall be filed on or before **November 27, 2023**. Currently, the deadline to file the opposition is November 20, 2023, as extended by the order granting the prior stipulation. ECF No. 45. This is the parties second stipulation, but the third requested extension, the intervening request being a Motion for Extension that is being withdrawn concurrently with the submission of this stipulation. This stipulation is based on the previously submitted declaration of undersigned counsel for Teals Petals, as undersigned counsel is facing an ongoing medical emergency with his spouse, requiring ongoing medical care for pneumonia. See ECF No. 46. As such, the parties have stipulated to a second extension of the deadline to file to Monday, November 27, 2023. The parties submit this stipulation in good faith and not to cause undue delay.

\\\

\\\

\\\

Counsel for Teal Petals St Trust reserves the option to move this Court for a further extension should exigent circumstances require same.

DATED this 22nd day of November, 2023.

| **AKERMAN LLP** | **LAW OFFICES OF ROGER P. CROTEAU** |
|---|---|
| /s/Scott R. Lachman | /s/Christopher L. Benner |
| ARIEL E. STERN, ESQ. | ROGER P. CROTEAU, ESQ. |
| Nevada Bar No. 8276 | Nevada Bar No. 4958 |
| NATALIE L. WINSLOW, ESQ. | CHRISTOPHER L. BENNER, ESQ. |
| Nevada Bar No. 12125 | Nevada Bar No. 8963 |
| SCOTT R. LACHMAN, ESQ. | 2810 W. Charleston Boulevard, Suite 67 |
| Nevada Bar No. 12016 | Las Vegas, NV 89102 |
| PAIGE L. MAGASTER, ESQ. | |
| Nevada Bar No. 15557 | *Attorney for Teal Petals St Trust* |
| 1635 Village Center Circle, Suite 200 | |
| Las Vegas, NV 89134 | |
| | |
| *Attorneys for NewRez LLC f/k/a New Penn Financial d/b/a Shellpoint Mortgage Servicing* | |

**IT IS SO ORDERED.**

_____
**United States District Judge**

DATED: 11/27/22 (nunc pro tunc to 11/20/23)