ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:  (702) 634-5000
Facsimile:   (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  natalie.winslow@akerman.com
Email:  paige.magaster@akerman.com

*Attorneys for NewRez LLC f/k/a New Penn Financial d/b/a Shellpoint Mortgage Servicing*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| TEAL PETALS ST TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>NEWREZ LLC f/k/a NEW PENN FINANCIAL dba SHELLPOINT MORTGAGE SERVICING; a foreign limited liability company; and DOE individuals I through XX; and ROE CORPORATIONS I through XX,<br><br>Defendants. | Case No.: 2:22-cv-00395-JAD-DJA<br>Consolidated with<br>Case No.: 2:23-cv-01839-JAD-MDC<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE** |
|---|---|
| NEWREZ LLC f/k/a NEW PENN FINANCIAL dba SHELLPOINT MORTGAGE SERVICING,<br><br>Counterclaimant,<br><br>vs.<br><br>TEAL PETALS ST TRUST; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Counterdefendants. | |

77953814;1

|   |
|---|
| NEWREZ LLC f/k/a NEW PENN FINANCIAL dba SHELLPOINT MORTGAGE SERVICING, <br><br>Plaintiff, <br><br>vs. <br><br>IYAD HADDAD aka EDDIE HADDAD; RESOURCES GROUP, LLC; RESOURCES GROUP LLC as Trustee of TEAL PETALS ST TRUST; 9863 DUBLIN VALLEY, LLC; SATICOY BAY LLC d/b/a SATICOY BAY LLC SERIES 9863 DUBLIN VALLEY ST; SATICOY BAY LLC SERIES 9863 DUBLIN VALLEY ST; DOES I through X and ROE BUSINESS ENTITIES I through X, inclusive, <br><br>Defendants. |

NewRez LLC f/k/a New Penn Financial d/b/a Shellpoint Mortgage Servicing (**Shellpoint**) and Resources Group, LLC; Resources Group, LLC as Trustee of Teal Petals St Trust; 9863 Dublin Valley, LLC; Saticoy Bay, LLC d/b/a Saticoy Bay LLC 9863 Dublin Valley St.; Saticoy Bay LLC 9863 Dublin Valley St.; and Iyad Haddad aka Eddie Haddad (collectively, **Defending Parties**) stipulate as follows:

1.  On September 3, 2024, three of the Defending Parties (Resources Group, LLC; Resources Group, LLC as Trustee of Teal Petals St Trust; 9863 Dublin Valley, LLC) filed three discovery motions: a motion for protective order, ECF No. 71; a motion to stay or bifurcate discovery, ECF No. 72; and a motion to extend time to respond to Shellpoint's interrogatories and requests for admissions, ECF No. 73. The other three Defending Parties (Saticoy Bay, LLC d/b/a Saticoy Bay LLC 9863 Dublin Valley St.; Saticoy Bay LLC 9863 Dublin Valley St.; and Iyad Haddad aka Eddie Haddad) joined them. ECF Nos. 74-76.

2.  The discovery motions referenced above are set for hearing on November 25, 2024.

3.  The parties agree Shellpoint shall have until **October 2, 2024**, to respond the pending discovery motions and the joinders thereto, ECF Nos. 71-76.

4.  The parties agree the Defending Parties shall have until **October 25, 2024**, to reply in support of the pending discovery motions and joinders, ECF Nos. 71-76, and respond to any countermotion Shellpoint may file in response to the same.

2

77953814;1

5. The parties agree Shellpoint shall have until **November 15, 2024**, to reply in support of any countermotion(s) it may file in relation to the discovery motions and joinders that are the subject of this stipulation, ECF Nos. 71-76.

6. The parties agree the pending discovery motions shall remain set for hearing on November 25, 2024, and that the hearing shall include any countermotion filed consistent with the paragraphs above.

7. This is the parties' first request for an extension of this briefing schedule and is not intended to cause any delay or prejudice to any party.

DATED this 12th day of September, 2024.

| AKERMAN LLP                                                 | ROGER P. CROTEAU & ASSOCIATES, LTD                          |
|---|---|
| /s/ Paige L. Magaster<br>ARIEL STERN, ESQ.<br>Nevada Bar No. 8276<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>PAIGE L. MAGASTER, ESQ.<br>Nevada Bar No. 15557<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for NewRez LLC f/k/a New Penn Financial d/b/a Shellpoint Mortgage Servicing* | /s/ Timothy Rhoda<br>ROGER P. CROTEAU, ESQ.<br>Nevada Bar No. 4958<br>TIMOTHY E. RHODA, ESQ.<br>Nevada Bar No. 7878<br>2810 W. Charleston Boulevard, Suite 67<br>Las Vegas, NV 89102<br><br>*Attorneys for Defendants Resources Group, LLC; Resources Group, LLC as Trustee of Teal Petals St Trust; and 9863 Dublin Valley, LLC* |
| **LAW OFFICES OF MICHAEL F. BOHN, ESQ. LTD.**<br><br>/s/ Michael Bohn<br>MICHAEL F. BOHN, ESQ.<br>Nevada Bar No. 1641<br>2260 Corporate Circle, Suite 480<br>Henderson, NV 89074<br><br>*Attorney for Defendants Saticoy Bay LLC; Saticoy Bay LLC 9863 Dublin Valley St. and Iyad Haddad* | |

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: 9/16/2024

77953814;1