ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: paige.magaster@akerman.com

*Attorneys for NewRez LLC f/k/a New Penn Financial d/b/a Shellpoint Mortgage Servicing*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TEAL PETALS ST TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>NEWREZ LLC f/k/a NEW PENN FINANCIAL dba SHELLPOINT MORTGAGE SERVICING; a foreign limited liability company; and DOE INDIVIDUALS I THROUGH XX; and ROE CORPORATIONS I THROUGH XX,<br><br>Defendants.<br><br>NEWREZ LLC F/K/A NEW PENN FINANCIAL dba SHELLPOINT MORTGAGE SERVICING,<br><br>Counterclaimant,<br><br>vs.<br><br>TEAL PETALS ST TRUST; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Counterdefendants. | Case No.: 2:22-cv-00395-JAD-DJA<br>Consolidated with<br>Case No.: 2:23-cv-01839-JAD-MDC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY TO SATICOY BAY LLC 9863 DUBLIN VALLEY ST. AND IYAD HADDAD'S MOTION TO EXPUNGE LIS PENDENS**<br><br>**(FIRST REQUEST)**<br><br>ECF No. 107 |

{74400751;1}

NewRez LLC f/k/a New Penn Financial d/b/a Shellpoint Mortgage Servicing (**Shellpoint**), Saticoy Bay LLC Series 9863 Dublin Valley St and Iyad Haddad aka Eddie Haddad (**Defendnts**) stipulate that Shellpoint shall have up to and including **November 27, 2024**, to respond to Defendants' Motion to Expunge Lis Pendens, ECF No. 97. Shellpoint's response is currently due on November 6, 2024. The parties jointly request to extend this deadline based on the motions and countermotions currently pending before the Court to be heard on November 25, 2024. Shellpoint's replies in support of its countermotion are currently due on November 15, 2024. Good cause also exists for the extension based on the discovery dispute that has arisen regarding an inspection of the subject property and the time counsel have devoted to addressing that time-sensitive issue.

This is the parties' first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED this 1st day of November, 2024.

| **AKERMAN LLP** | **LAW OFFICE OF MICHAEL F. BOHN, ESQ. LTD.** |
|---|---|
| /s/ Paige L. Magaster<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>PAIGE L. MAGASTER, ESQ.<br>Nevada Bar No. 15557<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for NewRez LLC f/k/a New Penn Financial d/b/a Shellpoint Mortgage Servicing* | /s/ Michael F. Bohn<br>MICHAEL F. BOHN, ESQ.<br>Nevada Bar No. 1641<br>2260 Corporate Circle., Suite 480<br>Las Vegas, NV 89074<br><br>*Attorneys for Defendants Saticoy Bay LLC; Saticoy Bay LLC 9863 Dublin Valley St and Itad Haddad* |

**ORDER**

**IT IS SO ORDERED.  Shellpoint's deadline to respond to Defendants' Motion to Expunge Lis Pendens [ECF No. 97] is extended to November 27, 2024.**

_____
**UNITED STATES DISTRICT JUDGE**
Case No. 2:22-cv-00395-JAD-DJA
Consolidated with
Case No.:  2:23-cv-01839-JAD-MDC

DATED**:** 11/6/24