ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Tele:   (702) 634-5000
Fax:    (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  natalie.winslow@akerman.com
Email:  paige.magaster@akerman.com

*Attorneys for NewRez LLC f/k/a New Penn Financial d/b/a Shellpoint Mortgage Servicing.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NEWREZ LLC f/k/a NEW PENN FINANCIAL d/b/a SHELLPOINT MORTGAGE SERVICING,<br><br>Counter-claimant,<br>v.<br><br>TEAL PETALS ST TRUST; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Counter-defendants. | Case No.: 2:22-cv-00395-JAD-DJA<br>Consolidated with<br>Case No.: 2:23-cv-01839-JAD-DJA<br><br><br><br>**NOTICE OF DISASSOCIATION** |
| NEWREZ LLC f/k/a NEW PENN FINANCIAL d/b/a SHELLPOINT MORTGAGE SERVICING,<br><br>Plaintiff,<br>v.<br><br>IYAD HADDAD aka EDDIE HADDAD; RESOURCES GROUP, LLC; RESOURCES GROUP, LLC as Trustee of TEAL PETALS ST TRUST; 9863 DUBLIN VALLEY, LLC; SATICOY BAY LLC dba SATICOY BAY LLC SERIES 9863 DUBLIN VALLEY ST; SATICOY BAY LLC SERIES 9863 DUBLIN VALLEY ST; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | |

79133932;1

Plaintiff NewRez LLC f/k/a New Penn Financial d/b/a Shellpoint Mortgage Servicing ("Shellpoint") by and through its undersigned attorneys of record, hereby provides notice that Natalie L. Winslow, Esq. is no longer associated with the law firm of Akerman LLP.  Shellpoint requests Ms. Winslow be removed from the electronic service list.

Akerman LLP will continue to serve as counsel for Shellpoint in this action. All future correspondence and papers in this action should continue to be directed to Ariel E. Stern, Esq. and Paige L. Magaster. Esq.

DATED this 11th day of December, 2024.

**AKERMAN LLP**

 /s/ Natalie L. Winslow
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for NewRez LLC f/k/a New Penn Financial d/b/a Shellpoint Mortgage Servicing.*

**IT IS SO ORDERED**.

DATED: 12/13/2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

2

79133932;1