ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
Akerman LLP
1180 N. Town Center Dr., Suite 290
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  scott.lachman@akerman.com
Email:  paige.magaster@akerman.com

*Attorneys for NewRez LLC f/k/a New Penn*
*Financial d/b/a Shellpoint Mortgage Servicing*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NEWREZ LLC f/k/a NEW PENN FINANCIAL d/b/a SHELLPOINT MORTGAGE SERVICING,<br><br>*Counter-claimant*,<br><br>v.<br><br>TEAL PETALS ST TRUST; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br>*Counter-defendants*. | Case No. 2:22-cv-00395-JAD-DJA<br>Consolidated with<br>Case No.:  2:23-cv-01839-JAD-MDC<br><br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION FOR AN ORDER (1) TREATING DEFENDANTS' FAILURE TO OBEY DISCOVERY ORDER AS CIVIL CONTEMPT, (2) REQUIRING PAYMENT OF PLAINTIFF'S ATTORNEY'S FEES, AND (3) RECOMMENDING DISPOSITIVE SANCTIONS, OR ALTERNATIVELY, DIRECTING PLAINTIFF'S THEORIES OF LIABILITY ESTABLISHED OR PROHIBITING DEFENDANTS' OPPOSITION TO THEM AND GRANTING FURTHER RELIEF**<br><br>**(FIRST REQUEST)** |
| NEWREZ LLC f/k/a NEW PENN FINANCIAL d/b/a SHELLPOINT MORTGAGE SERVICING,<br><br>*Plaintiff*,<br><br>v.<br><br>IYAD HADDAD aka EDDIE HADDAD; RESOURCES GROUP, LLC; RESOURCES GROUP, LLC as Trustee of TEAL PETALS ST TRUST; 9863 DUBLIN VALLEY, LLC; SATICOY BAY LLC d/b/a SATICOY BAY LLC SERIES 9863 DUBLIN VALLEY ST; SATICOY BAY LLC SERIES 9863 DUBLIN VALLEY ST; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>*Defendants*. | |

AKERMAN LLP

1180 N. TOWN CENTER DR., SUITE 290
LAS VEGAS, NEVADA, 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1    NewRez LLC f/k/a New Penn Financial d/b/a Shellpoint Mortgage Servicing ("Shellpoint")

2   and  Resources Group, LLC, Resources Group, LLC as Trustee of Teal Petals St. Trust, 9863 Dublin

3   Valley, LLC, Saticoy Bay LLC; Saticoy Bay LLC 9863 Dublin Valley St., Iyad Haddad (collectively,

4   "Defendants") hereby stipulate that Shellpoint shall have an additional twenty one (21) days, up to and

5   including **May 5, 2025**, to file its reply in support of the motion for an order (1) treating defendants'

6   failure to obey discovery order as civil contempt, (2) requiring payment of plaintiff's attorney's fees,

7   and (3) recommending dispositive sanctions, or alternatively, directing plaintiff's theories of liability

8   established or prohibiting defendants' opposition to them and granting further relief, ECF No. 144,

9   which Shellpoint filed on March 10, 2025 (the "Motion").  An opposition to the Motion was filed on

10  April 7, 2025; thus, Shellpoint's reply is currently due on April 14, 2025.  Good cause exists for the

11  requested extension based on the complexity of the briefing and number of issues presented as well as

12  the recent appearance of Scott R. Lachman as Shellpoint's counsel of record, ECF No. 147.

13  …

14  …

15  …

16  …

17  …

18  …

19  …

20  …

21  …

22  …

23  …

24  …

25  …

26  …

27  …

28  …

AKERMAN LLP
1180 N. TOWN CENTER DR., SUITE 290
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

2

This is the parties' first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED this 14th day of April, 2025.

| **AKERMAN LLP** | **CLINE LEGAL SOLUTIONS LLC** |
|---|---|
| */s/ Paige L. Magaster* | */s/ Diana S. Cline* |
| ARIEL E. STERN, ESQ. | DIANA S. CLINE, ESQ. |
| Nevada Bar No. 8276 | Nevada Bar No. 10580 |
| SCOTT R. LACHMAN, ESQ. | 7625 Dean Martin Dr., Suite 115 |
| Nevada Bar No. 12125 | Las Vegas, NV 89139 |
| PAIGE L. MAGASTER, ESQ. | |
| Nevada Bar No. 15557 | *Attorneys for Attorney for Defendants Saticoy* |
| 1180 N. Town Center Dr., Suite 290 | *Bay LLC; Saticoy Bay LLC 9863 Dublin Valley* |
| Las Vegas, NV 89144 | *St. and Iyad Haddad* |
| | |
| *Attorneys for NewRez LLC f/k/a New Penn* | |
| *Financial d/b/a Shellpoint Mortgage Servicing* | |
| **ROGER P. CROTEAU & ASSOCIATES, LTD.** | |
| */s/ Timothy E. Rhoda* | |
| ROGER P. CROTEAU, ESQ. | |
| Nevada Bar No. 4958 | |
| TIMOTHY E. RHODA, ESQ. | |
| Nevada Bar No. 7878 | |
| 2810 W. Charleston Boulevard, Suite 67 | |
| Las Vegas, NV 89102 | |
| | |
| *Attorneys for Defendants Resources Group,* | |
| *LLC; Resources Group, LLC as Trustee of Teal* | |
| *Petals St Trust; and 9863 Dublin Valley, LLC* | |

## ORDER

**IT IS SO ORDERED.**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 4/15/2025

AKERMAN LLP
1180 N. TOWN CENTER DR., SUITE 290
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

80960397;1

3