SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12061
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
**AKERMAN LLP**
1180 N. Town Center Dr., Suite 290
Las Vegas, NV 89144
Tele: (702) 634-5000
Fax: (702) 380-8572
Email: scott.lachman@akerman.com
Email: nicholas.belay@akerman.com

*Attorneys for NewRez LLC f/k/a New Penn Financial d/b/a Shellpoint Mortgage Servicing*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NEWREZ LLC f/k/a NEW PENN FINANCIAL d/b/a SHELLPOINT MORTGAGE SERVICING,<br><br>        Counter-claimant,<br>v.<br><br>TEAL PETALS ST TRUST; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>        Counter-defendants. | Case No.: 2:22-cv-00395-JAD-DJA<br>Consolidated with<br>Case No.: 2:23-cv-01839-JAD-DJA<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |
| NEWREZ LLC f/k/a NEW PENN FINANCIAL d/b/a SHELLPOINT MORTGAGE SERVICING,<br><br>        Plaintiff,<br>v.<br><br>IYAD HADDAD aka EDDIE HADDAD; RESOURCES GROUP, LLC; RESOURCES GROUP, LLC as Trustee of TEAL PETALS ST TRUST; 9863 DUBLIN VALLEY, LLC; SATICOY BAY LLC dba SATICOY BAY LLC SERIES 9863 DUBLIN VALLEY ST; SATICOY BAY LLC SERIES 9863 DUBLIN VALLEY ST; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>        Defendants. | |

82377665;1

1  TO:  ALL PARTIES, AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that Ariel E. Stern, Esq. is no longer associated with the law firm of
3  Akerman LLP, and counsel requests that Mr. Stern be removed from the service list.

4  Akerman LLP continues to serve as counsel for NewRez LLC f/k/a New Penn Financial d/b/a
5  Shellpoint Mortgage Servicing. All items, including, but not limited to, pleadings, papers,
6  correspondence, documents and future notices in this action should continue to be directed to the
7  undersigned.

8  DATED this 23rd day of July, 2025.

**AKERMAN LLP**

  /s/ Scott R. Lachman
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12061
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
1180 N. Town Center Dr., Suite 290
Las Vegas, Nevada 89144

*Attorneys for NewRez LLC f/k/a New Penn
Financial d/b/a Shellpoint Mortgage Servicing.*

**IT IS SO ORDERED**.

DATED: 7/24/2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

2

82377665;1