ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD
2810 W. Charleston Blvd., Ste. 67
Las Vegas, Nevada 89102
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
***Attorneys for Resources Group, LLC;***
***Resources Group, LLC as Trustee of Teal Petals St Trust;***
***and 9863 Dublin Valley, LLC***

# UNITED STATES DISTRICT COURT

## FOR THE STATE OF NEVADA

*****

| | |
|---|---|
| NEWREZ LLC f/k/a NEW PENN FINANCIAL d/b/a SHELLPOINT MORTGAGE SERVICING, | Case No. 2:22-cv-00395-JAD-DJA |
| Counter-claimant, | CONSOLIDATED WITH: |
| vs. | Case No. 2:22-cv-01839 -JAD-MDC |
| TEAL PETALS ST TRUST; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, | **STIPULATION TO EXTEND STAY OF DISCOVERY DEADLINES AS ORDERED BY ECF #172 AND EXTENDED BY ECF #181 (2ND REQUEST)** |
| Counter-Defendants. | |
| NEWREZ, LLC F/K/A NEW PENN FINANCIAL D/B/A SHELLPOINT MORTGAGE SERVICING, | |
| Plaintiff, | |
| vs. | |

1

IYAD HADDAD aka EDDIE HADDAD; RESOURCES GROUP, LLC; RESOURCES GROUP, LLC as Trustee of TEAL PETALS ST TRUST' 9863 DUBLIN VALLEY, LLC; SATICOY BAY LLC dba SATICOY BAY LLC SERIES 9863 DUBLIN VALLEY ST; SATICOY BAY LLC SERIES 9863 DUBLIN VALLEY ST; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,

Defendants.

COMES NOW NewRez LLC f/k/a New Penn Financial d/b/a Shellpoint Mortgage Servicing ("Shellpoint") and Resources Group, LLC; Resources Group, LLC as Trustee of Teal Petals St Trust; 9863 Dublin Valley, LLC; Saticoy Bay, LLC d/b/a Saticoy Bay LLC 9863 Dublin Valley St.; Saticoy Bay LLC 9863 Dublin Valley St.; and Iyad Haddad aka Eddie Haddad (collectively, "Defending Parties"), and hereby stipulate as follows:

1.    On August 28, 2025, this Court entered an Order directing that all discovery deadlines be stayed until December 1, 2025, and that on or before December 1, 2025, the parties file a stipulation lifting the stay of discovery and proposing renewed deadlines, among other things.  [ECF #172].

2.    The Order dated August 28, 2025, related primarily to Shellpoint's Motion for Sanctions [144].

3.    Defending Parties filed an Objection to the Order dated August 28, 2025 [ECF #173], and Shellpoint has filed a Response thereto [ECF #179].  The Objection to the Order is currently fully briefed and awaiting a decision by the District Court Judge.

4.    Pursuant to the Order dated August 28, 2025, the Court directed that the Defending

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 2810 West Charleston Blvd, Suite 67 • Las Vegas, Nevada 89102 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 2810 West Charleston Blvd, Suite 67 • Las Vegas, Nevada 89102 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

Parties shall amend their discovery responses and that the parties shall meet and confer regarding the amount of sanction that might be awarded by October 13, 2025. The parties have met and conferred regarding sanctions but ultimately agreed to stay the deadline to amend the discovery responses and assess sanctions until after the Objection is ruled upon by the Court.

5.  On December 1, 2025, the parties submitted a stipulation to extend the current stay of discovery until January 30, 2026, based upon the foregoing. [ECF #180]. Said Stipulation was granted on December 3, 2025. [ECF #181].

6.  The Objection remains pending. In addition, the parties are presently engaged in settlement discussions that could conceivably resolve this matter in its entirety.

7.  Until the District Court Judge rules on the Objection, the parties are unable to determine appropriate renewed discovery deadlines. Moreover, the need for renewed deadlines may be mooted if the matter is resolved.

8.  Based upon the foregoing, the parties hereto stipulate and agree as follows:

    a.  The current stay of discovery deadlines shall be extended for approximately 60 days until March 31, 2026.

    b.  On or before March 31, 2026, the parties shall submit a stipulation lifting the stay of discovery, proposing renewed deadlines as necessary, and informing the Court of the status of the amended discovery responses; the status of the parties' discussions regarding sanctions; and whether Shellpoint intends to file any further motions related to Defendants' discovery responses, if appropriate. Alternative, if the matter is resolved between now and then, the parties shall submit an appropriate stipulation to dismiss.

9.      This stipulation is made in good faith and not for purpose of delay.

DATED this __28th__ day of January, 2026.

| **AKERMAN LLP** | **ROGER P. CROTEAU & ASSOCIATES, LTD.** |
|---|---|
| _/s/ Nicholas E. Belay_<br>SCOTT R. LACHMAN, ESQ.<br>Nevada Bar No. 12016<br>NICHOLAS E. BELAY, ESQ.<br>Nevada Bar No. 15157<br>1180 N. Town Center Dr., Suite 290<br>Las Vegas, NV 89144<br><br>_Attorneys for NewRez LLC f/k/a New Penn Financial d/b/a Shellpoint Mortgage Servicing_ | _/s/ Timothy E. Rhoda_<br>ROGER P. CROTEAU, ESQ.<br>Nevada Bar No. 4958<br>TIMOTHY E. RHODA, ESQ.<br>Nevada Bar No. 7878<br>2810 W. Charleston Boulevard, Suite 67<br>Las Vegas, NV 89102<br><br>_Attorneys for Defendants Resources Group, LLC; Resources Group, LLC as Trustee of Teal Petals St Trust; and 9863 Dublin Valley, LLC_ |
| **CLINE LEGAL SOLUTIONS LLC**<br><br>_/s/ Diana S. Cline_<br>DIANA S. CLINE, ESQ.<br>Nevada Bar No. 10580<br>7625 Dean Martin Dr., Suite 115<br>Las Vegas, NV 89139<br><br>_Attorneys for Saticoy Bay LLC; Saticoy Bay LLC 9863 Dublin Valley St. and Iyad Haddad_ | |

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 1/29/2026

4