ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD
2810 W. Charleston Blvd., Ste. 67
Las Vegas, Nevada 89102
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorneys for Resources Group, LLC;*
*Resources Group, LLC as Trustee of Teal Petals St Trust;*
*and 9863 Dublin Valley, LLC*

**UNITED STATES DISTRICT COURT**

**FOR THE STATE OF NEVADA**

**\*\*\*\*\***

| | |
|---|---|
| NEWREZ LLC f/k/a NEW PENN FINANCIAL d/b/a SHELLPOINT MORTGAGE SERVICING,<br><br>                    Counter-claimant,<br><br>vs.<br><br>TEAL PETALS ST TRUST; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>                    Counter-Defendants. | Case No. 2:22-cv-00395-JAD-DJA<br><br>CONSOLIDATED WITH:<br><br>Case No. 2:22-cv-01839 -JAD-MDC<br><br><br><br>**STIPULATION TO EXTEND TIME TO LIFT STAY AND FILE PROPOSED AMENDED SCHEDULING ORDER (1st REQUEST)** |
| NEWREZ, LLC F/K/A NEW PENN FINANCIAL D/B/A SHELLPOINT MORTGAGE SERVICING,<br><br>                    Plaintiff,<br><br>vs. | |

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 2810 West Charleston Blvd, Suite 67 • Las Vegas, Nevada 89102 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

1

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 2810 West Charleston Blvd, Suite 67 • Las Vegas, Nevada 89102 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

IYAD HADDAD aka EDDIE HADDAD; RESOURCES GROUP, LLC; RESOURCES GROUP, LLC as Trustee of TEAL PETALS ST TRUST' 9863 DUBLIN VALLEY, LLC; SATICOY BAY LLC dba SATICOY BAY LLC SERIES 9863 DUBLIN VALLEY ST; SATICOY BAY LLC SERIES 9863 DUBLIN VALLEY ST; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,

Defendants.

COMES NOW NewRez LLC f/k/a New Penn Financial d/b/a Shellpoint Mortgage Servicing ("Shellpoint") and Resources Group, LLC; Resources Group, LLC as Trustee of Teal Petals St Trust; 9863 Dublin Valley, LLC; Saticoy Bay, LLC d/b/a Saticoy Bay LLC 9863 Dublin Valley St.; Saticoy Bay LLC 9863 Dublin Valley St.; and Iyad Haddad aka Eddie Haddad (collectively, "Defending Parties"), and hereby stipulate as follows:

1. The parties hereto have previously stipulated to stay discovery and litigation of this matter pending the Court's decision on Defending Parties Objection to the Magistrate Judge's Order dated August 28, 2025. On April 9, 2026, the District Court Judge entered an Order overruling Defending Parties' Objection [ECF #186].

2. Pursuant to this Court's Order dated March 26, 2026 [ECF #185], this Court ordered that: On or before June 1, 2026, the parties shall submit a stipulation lifting the stay of discovery, proposing renewed deadlines as necessary, and informing the Court of the status of the amended discovery responses; the status of the parties' discussions regarding sanctions; and whether Shellpoint intends to file any further motions related to Defendants' discovery responses, if appropriate. Alternatively, if the matter is resolved between now and then, the parties shall submit an

2

appropriate stipulation to dismiss.

3. The parties have conferred regarding renewed deadlines and amended discovery responses. The parties have exchanged documents and continue to attempt to resolve the issue of sanctions amicably. The parties desire to further explore an amicable resolution. As a result, the parties respectfully request that the time to submit the stipulation contemplated by the March 26, 2026 Order be extended until Friday, June 5, 2026.

4. This stipulation is made in good faith and not for purpose of delay.

DATED this __1st__ day of June, 2026.

| **AKERMAN LLP** | **ROGER P. CROTEAU & ASSOCIATES, LTD.** |
|---|---|
| _/s/ Scott R. Lachman_<br>SCOTT R. LACHMAN, ESQ.<br>Nevada Bar No. 12016<br>NICHOLAS E. BELAY, ESQ.<br>Nevada Bar No. 15157<br>1180 N. Town Center Dr., Suite 290<br>Las Vegas, NV 89144<br><br>_Attorneys for NewRez LLC f/k/a New Penn Financial d/b/a Shellpoint Mortgage Servicing_ | _/s/ Timothy E. Rhoda_<br>ROGER P. CROTEAU, ESQ.<br>Nevada Bar No. 4958<br>TIMOTHY E. RHODA, ESQ.<br>Nevada Bar No. 7878<br>2810 W. Charleston Boulevard, Suite 67<br>Las Vegas, NV 89102<br><br>_Attorneys for Defendants Resources Group, LLC; Resources Group, LLC as Trustee of Teal Petals St Trust; and 9863 Dublin Valley, LLC_ |
| **CLINE LEGAL SOLUTIONS LLC**<br><br>_/s/ Diana S. Cline_<br>DIANA S. CLINE, ESQ.<br>Nevada Bar No. 10580<br>7625 Dean Martin Dr., Suite 115<br>Las Vegas, NV 89139<br><br>_Attorneys for Saticoy Bay LLC; Saticoy Bay LLC 9863 Dublin Valley St. and Iyad Haddad_ | |

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 6/3/2026

3

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 2810 West Charleston Blvd, Suite 67 • Las Vegas, Nevada 89102 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719