SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
**AKERMAN LLP**
1180 N. Town Center Dr., Suite 290
Las Vegas, NV 89144
Telephone:    (702) 634-5000
Facsimile:    (702) 380-8572
Email: scott.lachman@akerman.com
Email: nicholas.belay@akerman.com
*Attorneys for NewRez LLC f/k/a New Penn*
*Financial d/b/a Shellpoint Mortgage Servicing*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NEWREZ LLC f/k/a NEW PENN FINANCIAL d/b/a SHELLPOINT MORTGAGE SERVICING,<br><br>Counter-claimant,<br><br>v.<br><br>TEAL PETALS ST TRUST; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Counter-defendants. | Case No.:  2:22-cv-00395-JAD-DJA<br>Consolidated with<br>Case No.:  2:23-cv-01839-JAD-MDC<br><br><br>**STIPULATION AND ORDER TO LIFT THE STAY OF DISCOVERY AND SET DEADLINES**<br><br>**(FIRST REQUEST)** |
| NEWREZ LLC f/k/a NEW PENN FINANCIAL d/b/a SHELLPOINT MORTGAGE SERVICING,<br><br>Plaintiff,<br><br>v.<br><br>IYAD HADDAD aka EDDIE HADDAD; RESOURCES GROUP, LLC; RESOURCES GROUP, LLC as Trustee of TEAL PETALS ST TRUST; 9863 DUBLIN VALLEY, LLC; SATICOY BAY LLC dba SATICOY BAY LLC SERIES 9863 DUBLIN VALLEY ST; SATICOY BAY LLC SERIES 9863 DUBLIN VALLEY ST; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | |

{86502211;1}

NewRez LLC f/k/a New Penn Financial d/b/a Shellpoint Mortgage Servicing (**Shellpoint**) and Teal Petals St Trust; Resources Group, LLC; Resources Group, LLC as Trustee of Teal Petals St Trust; 9863 Dublin Valley, LLC; Iyad Haddad aka Eddie Haddad; Saticoy Bay LLC d/b/a Saticoy Bay LLC Series 9863 Dublin Valley St; and Saticoy Bay LLC Series 9863 Dublin Valley St (collectively, **Defending Parties** and together with Shellpoint, the **Parties**) hereby stipulate and agree as follows:

1.      The current the stay of discovery shall be lifted.

2.      The Parties continue to discuss the amount of sanctions to be awarded to Shellpoint; however, despite disclosure of documentation[1] and good faith efforts, the Parties have been unable to determine the proper amount.  The Parties have also been unable to agree on the scope of the sanctions order, including whether the amount includes the subsequent objection proceedings.  As such, Shellpoint's counsel shall submit to the Court documentation substantiating its claimed fees and costs on June 19, 2026; Defending Parties shall submit their objections to said fees and costs on or before June 29, 2026; and Shellpoint shall submit its response to said objections on or before July 13, 2026. The Court shall thereafter assess sanctions—the scope and amount—as it determines to be appropriate. In the event that the parties resolve the issue in the meantime, they shall submit a status report informing the Court of this fact.

3.      The current Scheduling Order shall be amended as follows:

|  | **New Deadline** |
| --- | --- |
| **Discovery Cut Off** | December 1, 2026 |
| **Initial Expert Disclosures** | September 30, 2026 |
| **Rebuttal Expert Disclosures** | October 30, 2026 |
| **Amended Discovery Responses by Defending Parties** | July 10, 2026 |

---

[1] Shellpoint disclosed invoices and an excel spreadsheet to the Defending Parties upon request.  At this time, Shellpoint is seeking fees in the amount of $56,788.50 consisting of amounts incurred through the order resolving Defending Parties' objection, or alternatively, fees and costs in the amount of $41,287.50 consisting of amounts incurred through the sanctions order (excluding amounts incurred in association with the objection). Defendant Parties reserve the right to object to amounts listed herein.

2

86502211;1

| Payment of Discovery Sanction by Defending Parties | Within 14 days of agreement or court order |
| --- | --- |
| **Dispositive Motions** | January 15, 2027 |
| **Pre-Trial Order** | February 15, 2027 |

4.      The Parties are mindful of the Court's need to move its docket forward.  The instant stipulation regarding the briefing schedule concerning the sanctions dispute will not impact or delay the recommencement of discovery in accordance with the above deadlines.

DATED June 5, 2026.

| AKERMAN LLP | LAW OFFICES OF ROGER P. CROTEAU |
| --- | --- |
| _/s/ Scott R. Lachman_<br>SCOTT R. LACHMAN, ESQ.<br>Nevada Bar No. 12016<br>NICHOLAS E. BELAY, ESQ.<br>Nevada Bar No. 15175<br>1180 N. Town Center Dr., Suite 290<br>Las Vegas, NV 89144<br>*Attorneys for NewRez LLC f/k/a New Penn Financial d/b/a Shellpoint Mortgage Servicing* | _/s/ Timothy E. Rhoda_<br>ROGER P. CROTEAU, ESQ.<br>Nevada Bar No. 4958<br>TIMOTHY E RHODA, ESQ.<br>Nevada Bar No. 7878<br>2810 W. Charleston Boulevard, Suite 67<br>Las Vegas, NV 89102<br>*Attorneys for Teal Petals St Trust; Resources Group, LLC; Resources Group, LLC in its capacity as Trustee of Teal Petals St Trust; 9863 Dublin Valley, LLC* |
| CLINE LEGAL SOLUTIONS LLC<br><br>_/s/ Diana S. Cline_<br>DIANA S. CLINE, ESQ.<br>Nevada Bar No. 10580<br>7625 Dean Martin Dr., Suite 115<br>Las Vegas, NV 89139<br>*Attorneys for Saticoy Bay LLC; Saticoy Bay LLC 9863 Dublin Valley St. and Iyad Haddad* | |

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** _6/8/2026_____

{86502211;1}